In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-108 CV


____________________



ABEL SANDOVAL II, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 04-12-10061 CV






MEMORANDUM OPINION


 The appellant, Abel Sandoval II, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed. APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 25, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.